THE STATE OF OHIO, APPELLEE, v. LEWIS, APPELLANT.

[Cite as State v. Lewis (1998), 84 Ohio St.3d 18.]

(No. 98–862—Submitted October 13, 1998—Decided November 25, 1998.)

———

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Sherry Green, Assistant Prosecuting Attorney, for appellee.

David H. Bodiker, Ohio Public Defender, and Robert L. Lane, Chief Appellate Counsel, for appellant.

———

The judgment of the court of appeals is affirmed on the authority of State v. Cook (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The cause is remanded to the trial court to properly direct processing of the defendant by the official in charge of the state correctional institution where the defendant is committed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.